UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number:**
**08-22158-CIV-MORENO**

HC WATERFORD PROPERTIES, LLC,

    Plaintiff,

vs.

MT. HAWLEY INSURANCE COMPANY, CRC
INSURANCE SERVICES, and GFI INSURANCE
SERVICES, INC.,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND GRANTING DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT

THE MATTER was referred to the Honorable Edwin G. Torres, United States Magistrate Judge for a Report and Recommendation on Plaintiff's Motion for Summary Judgment (**D.E. No. 75**), filed on **March 9, 2009**, and Defendant Mt. Hawley's Cross-motion for Summary Judgment (**D.E. No. 77**), filed on **March 9, 2009**. The Magistrate Judge filed a Report and Recommendation (**D.E. No. 120**) on **August 21, 2009**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Edwin G. Torres's Report and Recommendation (**D.E. No. 120**) on **August 21, 2009** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that:

(1)     Plaintiff's Motion for Summary Judgment is DENIED.

(2)     Defendant Mt. Hawley Insurance Company's Motion for Summary Judgment is GRANTED, and summary judgment is entered in favor of Mt. Hawley on Count I of the Amended Complaint.

DONE AND ORDERED in Chambers at Miami, Florida, this 30 day of December, 2009.

_____
FEDERICO A. MORENO
CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:
United States Magistrate Judge Edwin G. Torres
Counsel of Record